## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN F. WILLIAMS,** | : | **CIVIL ACTION NO. 1:06-CV-1726** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **JONATHAN C. MINER, WARDEN, UNITED STATES PENITENTIARY AT ALLENWOOD,** | : | |
| Respondent | : | |

### ORDER

AND NOW, this 14th day of November, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 1), in which petitioner seeks release to a community corrections center, and it appearing that petitioner has been released from the United States Penitentiary at Allenwood to the custody of the Baltimore Corrections Community Management[1], thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a

---

[1] In an effort to ascertain the custodial status of petitioner, the Court consulted the "Inmate Locator" section of the Federal Bureau of Prison web site. See www.bop.gov. It is reported that petitioner was released to the custody of Baltimore Corrections Community management, which administers community-based correctional programs. Id.

suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

    1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

    2.    The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge